UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0329-B |
| | § | |
| NABIL ALAME, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court granted Plaintiff Jane Doe's Motion for a Temporary Restraining Order (Doc. 9) on February 24, 2025 and ordered Doe to serve Defendant Nabil Alame with a copy of the Temporary Restraining Order on or before February 26, 2025. Doc. 10, Mem. Op. & Order, 9. On February 27, 2025, the Court granted an extension for Doe to serve Alame by February 28, 2025. Doc. 12, Order.

After reviewing the papers and pleadings on file, the Court notes that Doe has failed to file proof of service of process or otherwise move for an extension. Therefore, the Court **ORDERS** the following: Doe must serve Alame with a summons and a copy of the Temporary Restraining Order on or before **Tuesday, March 4, 2025** or **SHOW CAUSE** why she is unable to do so. Failure to do so may result in the Court dissolving the Temporary Restraining Order.

SO ORDERED.

SIGNED: March 3, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-1-