UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0329-B |
| | § | |
| NABIL ALAME, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On January 21, 2026, this Court granted in part Plaintiff Jane Doe's Motion for Default Judgment against Defendant Nabil Alame. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that:

- Alame shall pay Doe $750,000 in actual damages, along with pre-judgment interest at the rate of 6.75%, computed as simple interest, from February 10, 2025, to the date preceding final judgment as to actual damages awarded.

- Alame shall pay Doe $408.20 in costs.

- Alame shall pay Doe $14,482.80 in attorney's fees.

- Alame shall pay Doe post-judgment interest at rate of 3.53% per annum from the date of this judgment, until paid.

- Alame is subject to the following permanent injunction:

    Nabil Alame, his agents, representatives, and all persons in active concert or participation with him who receive actual notice of the permanent injunction are prohibited from (1) directly or indirectly disclosing, publishing, or otherwise distributing the explicit depictions, as defined in the Court's January 21, 2026, Memorandum Opinion and Order, that were in Alame's possession as of February 10, 2025, (2) directly or indirectly continuing to display or

- disclose the explicit depictions that were in Alame's possession as of February 10, 2025, and (3) directly or indirectly disclosing Jane Doe's identity in connection with the explicit depictions that were in Alame's possession as of February 10, 2025, to anyone without express permission from this Court.

- All relief not previously granted is denied.

This is a **FINAL JUDGMENT** in this action.

**SO ORDERED.**

**SIGNED: January 21, 2026**.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE